IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-cv-46-BO

| NORMAN EUBANKS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $9,625.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,561.25.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $9,625.00 and that Plaintiff's counsel pay to Plaintiff the sum of $3,561.25 and upon the payment of such sums this case is dismissed with prejudice.

This _29_ day of _May_, 2016,

_Terrence W. Boyle_
United States District Judge