UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| Norman Eubanks, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| Carolyn Colvin, *Acting Commissioner of Social Security*, | ) | 4:14-CV-46-BO |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $9,625.00 and that Plaintiffs counsel pay to Plaintiff the sum of $3,561.25 and upon the payment of such sums this case is dismissed with prejudice.

<u>This judgment filed and entered on May 31, 2016, and served on:</u>

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

May 31, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk